OVER THE COUNTER

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>John Mileusnic<br>325 Plum Creek Drive<br>Schererville, IN 46375<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>FILED 2019 NOV 5 AM 10:48<br>**** CLERK, US COURT, INNB **** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF INDIANA** ||
| In re:<br>John Mileusnic<br><br><br><br>Debtor(s). | CASE NO.: 19-20831 JRA<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 13 |
| John Mileusnic<br><br><br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>PennyMac Loan Services , PLANET HOME LENDING LLC,<br>Capital One Auto Finance, a division of Capital One, N.A.<br>AIS Portfolio Services, LP<br>Ch 13 Trustee Paul R. Chael<br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): John Mileusnic

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2018          Page 1          Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Dkt 33: Motion to Dismiss Case filed by PennyMac Loan Services, LLC, Dkt 50: Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, Dkt 52: Trustee's Objection to Confirmation of Plan filed by Paul R. Chael, Dkt 70: Objection to Confirmation of the Plan filed by Capital One.CaseDismissed
2. The date the judgment, order, or decree was entered:  10/28/2019

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party:  PennyMac Loan Services (Claim) PLANET HOME LENDING LLC (Foreclosure in State Court)

   Attorney:

   (1) Attorney Susan M. Woolley on behalf of PennyMac Loan Services 8415 Allison Pointe Blvd., Suite 400 Indianapolis, IN 46250 SWOOLLEY@feiwellhannoy.com "Proof of Claim" DISPUTED.
   (1a) PLANET HOME LENDING LLC "No Attorney" Foreclosure Judgement Holder No Proof of Claim.
   (2) Ch 13 Trustee Paul R. Chael 401 West 84th Drive, Suite CMerrillville, IN 46410 pchael13@ecf.epiqsystems.com
   (3) Nancy J. Gargula U.S. Trustee 100 East Wayne Street, 5th Floor South Bend, IN 46601-2349

2. Party: Capital One Auto Finance (Proof of Claim not filed)

   Attorney:

   (4) Capital One Auto Finance, Attorney Evan Lincoln Moscov  325 Washington St. Waukegan, IL 60085 Telephone: (312) 969-1977 evan.moscov@moscovlaw.com First Appearance filed on 10/21/2019 , No Proof of Claim.
   (4a) AIS Portfolio Services,
   LP  4515 N Santa Fe Ave.Dept. APS Oklahoma City, OK 73118

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

John Mileusnic    *John Mileusnic*    Date: 11/04/2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

230 Kings Hwy East
Haddonfield NJ 08033

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _11/04/2019_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(1) SWOOLLEY@feiwellhannoy.com;
(2) pchael13@ecf.epiqsystems.com;
(3) ustpregion10.soecf@usdoj.gov.com;
(4) evan.moscov@moscovlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _11/04/2019_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(1a) PLANET HOME LENDING LLC J. Dustin Smith (29493-06)
P.O. Box 441039 Indianapolis, IN 46244 Email: sef-jdsmith@manleydeas.com
(4a) AIS Portfolio Services,
LP 4515 N Santa Fe Ave.Dept. APS Oklahoma City, OK 73118

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _11/04/2019_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(1a) PLANET HOME LENDING LLC J. Dustin Smith (29493-06)
P.O. Box 441039 Indianapolis, IN 46244 Email: sef-jdsmith@manleydeas.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2019 | Joanne Kmp | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |