**NTCAPR, DISMISSED, AmendedPlan, FeeDue, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Indiana (Hammond Division)
### Bankruptcy Petition #: 19–20831–jra

*Assigned to:* James R. Ahler
Chapter 13
Voluntary
Asset

*Date filed:* 04/04/2019
*Debtor dismissed:* 10/29/2019
*341 meeting:* 06/21/2019

*Debtor disposition:* Dismissed for failure to make plan payments

*Debtor 1*
**John Mileusnic**
325 Plum Creek Drive
Schererville, IN 46375
LAKE–IN
219–614–2468
SSN / ITIN: xxx–xx–1703

represented by **John Mileusnic**
PRO SE

*Trustee*
**Paul R. Chael**
401 West 84th Drive
Suite C
Merrillville, IN 46410
219–650–4015

*U.S. Trustee*
**Nancy J. Gargula**
100 East Wayne Street, 5th Floor
South Bend, IN 46601–2349
574–236–8105

| Filing Date | # | Docket Text |
|---|---|---|
| 04/04/2019 | 1 | Chapter 13 Voluntary Petition Individual, Verification of Creditor Matrix and Matrix Attached. Receipt Number Install, Fee Amount $310 Filed by John Mileusnic . Schedules A/B–J due 4/18/2019. Summary of Assets and Liabilities due 4/18/2019. Statement of Financial Affairs due 4/18/2019. Incomplete Filings due by 4/18/2019. (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | **Section 341 Meeting of Creditors** to be held on 05/23/2019 at 09:00 AM at 401 West 84th, Merrillville. Bankruptcy Trustee assigned by U.S. Trustee. Objections to Dischargeability due by 07/22/2019. Proof of Claim due by 06/13/2019. Government Proof of Claim due by 10/01/2019. (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | 2 | Certificate of Credit Counseling Filed by Debtor 1 John Mileusnic (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | 3 | |

| | | | |
|---|---|---|---|
| | | | Application to Pay Filing $310.00 Fee in Installments Filed by Debtor 1 John Mileusnic (Attachments: # <u>1</u> Proposed Order) (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | <u>4</u> | Statement of Social Security Number(s) Filed by Debtor 1 John Mileusnic (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | | Deadline for Missing Documents Set.. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 4/18/2019 (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | <u>5</u> | Order Granting Application To Pay Filing $310.00 Fees In Installments. (Related Doc # <u>3</u>). First Installment $76.00 Payment due by 4/4/2019. Second Installment $78.00 Payment due by 5/3/2019. Third Installment $78.00 Payment due by 6/3/2019. Final Installment $78.00 Payment due by 7/3/2019. (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | <u>6</u> | 341 Notice Generated. (cjg) (Entered: 04/04/2019) |
| 04/04/2019 | | | Receipt of Chapter 13 Installment Filing Fee – $76.00 by CJ. Receipt Number 336039. (admin) (Entered: 04/04/2019) |
| 04/05/2019 | | | Notice of Debtors Prior Filings for debtor John Mileusnic Case Number <u>05–66361</u>, Chapter 13 filed in Indiana Northern Bankruptcy Court on 10/07/2005 , Standard Discharge on 10/19/2010; Case Number <u>18–22937</u>, Chapter 13 filed in Indiana Northern Bankruptcy Court on 10/31/2018 , Dismissed for Failure to File Information on 12/17/2018; Case Number <u>14–23124</u>, Chapter 7 filed in Indiana Northern Bankruptcy Court on 09/16/2014 , Standard Discharge on 01/12/2015.(Admin) (Entered: 04/05/2019) |
| 04/06/2019 | | <u>7</u> | BNC Certificate of Mailing – Meeting of Creditors.(related document(s)<u>6</u> Generate 341 Notice). Notice Date 04/06/2019. (Admin.) (Entered: 04/07/2019) |
| 04/06/2019 | | <u>8</u> | BNC Certificate of Mailing.(related document(s)<u>5</u> Order on Motion To Pay Filing Fees in Installments). Notice Date 04/06/2019. (Admin.) (Entered: 04/07/2019) |
| 04/09/2019 | | <u>9</u> | Request Designating Mailing Address Pursuant to FRBP 2002(g) Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP . (AIS Data Services(RN)) (Entered: 04/09/2019) |
| 04/10/2019 | | <u>10</u> | Notice (related document(s)<u>9</u> Request Designating Mailing Address Pursuant to FRBP 2002(g) filed by Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP). (ch) (Entered: 04/10/2019) |
| 04/11/2019 | | <u>11</u> | Notice of Appearance by Susan M. Woolley(AM) Filed by Creditor PennyMac Loan Services, LLC (Woolley(AM), Susan) (Entered: 04/11/2019) |
| 04/12/2019 | | <u>12</u> | BNC Certificate of Mailing.(related document(s)<u>10</u> Notice). Notice Date 04/12/2019. (Admin.) (Entered: 04/13/2019) |
| 04/18/2019 | | <u>13</u> | Summary of Assets and Liabilities and Schedules A/B–J Individual Filed by Debtor 1 John Mileusnic (related document(s)<u>1</u> Voluntary Petition |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | (Chapter 13) filed by John Mileusnic) (ch) (Entered: 04/19/2019) |
| 04/18/2019 | | 14 | Statement of Financial Affairs for Individual Filed by Debtor 1 John Mileusnic (related document(s)1 Voluntary Petition (Chapter 13) filed by John Mileusnic) (ch) (Entered: 04/19/2019) |
| 04/18/2019 | | 15 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C–1. Disposable Income Is Determined Filed by Debtor 1 John Mileusnic (related document(s) Set Missing Document Deadline) (ch) (Entered: 04/19/2019) |
| 04/18/2019 | | 16 | Chapter 13 Plan . Filed by Debtor 1 John Mileusnic (ch) (Entered: 04/19/2019) |
| 05/01/2019 | | | Receipt of Chapter 13 Installment Filing Fee – $78.00 by JB. Receipt Number 336080. (admin) (Entered: 05/01/2019) |
| 05/20/2019 | | 17 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 6/21/2019 at 11:00 AM at 401 West 84th, Merrillville. (Chael, Paul) (Entered: 05/20/2019) |
| 05/28/2019 | | 18 | Objection to Chapter 13 Plan Filed by Creditor PennyMac Loan Services, LLC (related document(s)16 Chapter 13 Plan filed by John Mileusnic) (Woolley(AM), Susan) (Entered: 05/28/2019) |
| 05/31/2019 | | | Receipt of Chapter 13 Installment Filing Fee – $78.00 by TW. Receipt Number 336124. (admin) (Entered: 05/31/2019) |
| 06/21/2019 | | 19 | Meeting of Creditors Held. (Trustee's 341 Filings) (Chael, Paul) (Entered: 06/21/2019) |
| 06/21/2019 | | 20 | Order and Notice Scheduling Hearing on Confirmation of Chapter 13 Plan and Fixing Time to Object (related document(s)16 Chapter 13 Plan filed by Debtor 1 John Mileusnic). Confirmation hearing to be held on 8/5/2019 at 11:30 AM at Hammond – 3rd Floor, Courtroom 8. Last day to Object to Confirmation 7/22/2019. (ch) (Entered: 06/21/2019) |
| 06/23/2019 | | 21 | BNC Certificate of Mailing.(related document(s)20 Order for Confirmation Hearing). Notice Date 06/23/2019. (Admin.) (Entered: 06/24/2019) |
| 06/25/2019 | | 22 | EPI's Certificate of Mailing Filed by Trustee Paul R. Chael (related document(s)16 Chapter 13 Plan filed by John Mileusnic, 20 Order for Confirmation Hearing) (Chael, Paul) (Entered: 06/25/2019) |
| 06/27/2019 | | 23 | **WITHDRAWN per notice of 7/9/19** Trustee's Motion to Dismiss Case *for Failure to Commence Plan Payments*. (Chael, Paul)Modified on 7/10/2019 (ch). (Entered: 06/27/2019) |
| 07/01/2019 | | 24 | Order for Final Hearing RE: Trustee's Motion to Dismiss Case (batch) (related document(s)23 Trustee's Motion to Dismiss Case (batch)). Final Hearing scheduled for 8/5/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 07/01/2019) |
| 07/02/2019 | | | Receipt of Chapter 13 Installment Filing Fee – $78.00 by JB. Receipt Number 336182. (admin) (Entered: 07/02/2019) |

| Date | | Doc # | Description |
|---|---|---|---|
| 07/03/2019 | | 25 | BNC Certificate of Mailing.(related document(s)24 Order Setting Hearing). Notice Date 07/03/2019. (Admin.) (Entered: 07/04/2019) |
| 07/09/2019 | | 26 | Trustee's Notice of Withdrawal of Document Filed by Trustee Paul R. Chael (related document(s)23 Trustee's Motion to Dismiss Case (batch)) (Chael, Paul) (Entered: 07/09/2019) |
| 07/10/2019 | | 27 | Entry: Based upon Trustee Chael's withdrawal of Motion To Dismiss, the hearing scheduled for 8/5/2019 at 09:00 AM is removed from the court's calendar(related document(s)23 Trustee's Motion to Dismiss Case (batch)). (ch) (Entered: 07/10/2019) |
| 07/12/2019 | | 28 | BNC Certificate of Mailing.(related document(s)27 Docket Entry – Hrg Removed Re Withdrawn Doc). Notice Date 07/12/2019. (Admin.) (Entered: 07/13/2019) |
| 07/16/2019 | | 29 | Notice of Requirement to File Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (related document(s) 341 Meeting (AutoAssign Chapter 13)). (ch) (Entered: 07/16/2019) |
| 07/18/2019 | | 30 | BNC Certificate of Mailing.(related document(s)29 Notice Re: Financial Management Certificate). Notice Date 07/18/2019. (Admin.) (Entered: 07/19/2019) |
| 07/30/2019 | | 31 | Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management Filed by Debtor 1 John Mileusnic (ch) (Entered: 07/31/2019) |
| 08/05/2019 | | 32 | Docket Entry: Confirmation held 8/5/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic). APPEARANCES: Attorney Godshalk on behalf of Trustee. Trustee reports objections/issues that preclude confirmation. The foregoing is herby reset to September 16, 2019 at 9:00 a.m. SO ORDERED. (kdr) (Entered: 08/05/2019) |
| 08/07/2019 | | 33 | Motion to Dismiss Case Filed by Creditor PennyMac Loan Services, LLC (Attachments: # 1 Exhibits) (Woolley, Susan) (Entered: 08/07/2019) |
| 08/07/2019 | | 34 | Proposed Order *on Motion to Dismiss* Filed by Creditor PennyMac Loan Services, LLC (related document(s)33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC) (Woolley, Susan) (Entered: 08/07/2019) |
| 08/07/2019 | | 35 | BNC Certificate of Mailing.(related document(s)32 Docket Entry (Hrg)). Notice Date 08/07/2019. (Admin.) (Entered: 08/08/2019) |
| 08/20/2019 | | 37 | Response In Opposition of PennyMac's Motion to Dismiss Filed by Debtor 1 John Mileusnic (related document(s)33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC) (ch) (Entered: 08/21/2019) |
| 08/21/2019 | | 36 | Order and Notice of Initial Prehearing Conference (related document(s)18 Objection filed by Creditor PennyMac Loan Services, LLC, 33 Motion to Dismiss Case filed by Creditor PennyMac Loan Services, LLC). Pre–Hearing Conference set for 9/16/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 08/21/2019) |
| 08/23/2019 | | 38 | BNC Certificate of Mailing.(related document(s)36 Order Setting Conference). Notice Date 08/23/2019. (Admin.) (Entered: 08/24/2019) |

| | | | |
|---|---|---|---|
| 08/28/2019 | | 39 | Amended Schedules A/B–J, Amended Summary of Assets and Liabilities and Verification of Creditor Matrix. Fee Amount $31 Filed by Debtor 1 John Mileusnic (ch) (Entered: 08/30/2019) |
| 08/28/2019 | | 40 | Amended Statement of Financial Affairs for Individual Filed by Debtor 1 John Mileusnic (ch) (Entered: 08/30/2019) |
| 08/28/2019 | | 41 | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C–1. Disposable Income Is Not Determined Filed by Debtor 1 John Mileusnic (ch) (Entered: 08/30/2019) |
| 08/28/2019 | | 42 | **Amended Chapter 13 Plan** . Filed by Debtor 1 John Mileusnic (related document(s)16 Chapter 13 Plan filed by John Mileusnic) (ch) (Entered: 08/30/2019) |
| 08/30/2019 | | 43 | Order to Pay Fee (related document(s)39 Amended Schedules filed by Debtor 1 John Mileusnic). Fee due by 9/6/2019. (ch) (Entered: 08/30/2019) |
| 08/30/2019 | | 44 | **DEFECTIVE ENTRY** Order to File Notice of Amendment (related document(s)39 Amended Schedules filed by Debtor 1 John Mileusnic). Documents due by 9/13/2019. (ch)Modified on 8/30/2019 (ch). (Entered: 08/30/2019) |
| 08/30/2019 | | 45 | Order and Notice to Show Cause Regarding Amendment (related document(s)39 Amended Schedules filed by Debtor 1 John Mileusnic). Documents due by 9/13/2019. (ch) (Entered: 08/30/2019) |
| 09/01/2019 | | 46 | BNC Certificate of Mailing.(related document(s)43 Order To Pay Fee). Notice Date 09/01/2019. (Admin.) (Entered: 09/02/2019) |
| 09/01/2019 | | 47 | BNC Certificate of Mailing.(related document(s)45 File). Notice Date 09/01/2019. (Admin.) (Entered: 09/02/2019) |
| 09/04/2019 | | 48 | Order and Notice of Initial Prehearing Conference (related document(s)37 Response filed by Debtor 1 John Mileusnic). Pre–Hearing Conference set for 9/16/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 09/04/2019) |
| 09/06/2019 | | | Receipt of Amendment Filing Fee – $31.00 by CL. Receipt Number 336300. (admin) (Entered: 09/06/2019) |
| 09/06/2019 | | 49 | BNC Certificate of Mailing.(related document(s)48 Order Setting Conference). Notice Date 09/06/2019. (Admin.) (Entered: 09/07/2019) |
| 09/13/2019 | | 56 | Schedule E/F: Creditors Who Have Unsecured Claims for Individual Filed by Debtor 1 John Mileusnic (clj) (Entered: 09/18/2019) |
| 09/13/2019 | | 57 | Notice of Amendment Filed by Debtor 1 John Mileusnic (related document(s)39 Amended Schedules filed by John Mileusnic) (clj) (Entered: 09/18/2019) |
| 09/16/2019 | | 50 | Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . (Chael, Paul) (Entered: 09/16/2019) |
| 09/16/2019 | | 51 | |

| | | | |
|---|---|---|---|
| | | | Notice and Order as to Modification of Chapter 13 Plan Filed by Debtor(s) Before Confirmation and Opportunity to Object Thereto and Request Hearing Thereon. Debtor to Serve and File Certificate of Service (related document(s)42 Amended Chapter 13 Plan filed by Debtor 1 John Mileusnic). Last day to Object to Confirmation 10/23/2019. Proof of Service due by 9/30/2019. (ch) (Entered: 09/16/2019) |
| 09/16/2019 | | 52 | Trustee's Objection to Confirmation of Plan *of Amended Plan* Filed by Trustee Paul R. Chael (related document(s)42 Amended Chapter 13 Plan filed by John Mileusnic) (Chael, Paul) (Entered: 09/16/2019) |
| 09/16/2019 | | 53 | Docket Entry: Hearing held 9/16/19(related document(s)33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC). APPEARANCES: Trustee Chael appears and Attorney Woolley on behalf of PennyMac Loan Services. Debtor appears personally. Trustee filed an Affidavit of default. The foregoing is hereby reset to October 28, 2019 at 9:00 a.m. SO ORDERED. (kdr) (Entered: 09/16/2019) |
| 09/16/2019 | | | Hearing Not Held 9/16/19 Amended Plan filed 8/28/19(related document(s)18 Objection to Confirmation filed by PennyMac Loan Services, LLC). (kdr) (Entered: 09/16/2019) |
| 09/16/2019 | | 54 | Docket Entry: Hearing held 9/16/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic). APPEARANCES: Trustee Chael appears. Amended plan filed. The foregoing is hereby reset to October 28, 2019, 10:00 a.m. SO ORDERED. (kdr) (Entered: 09/16/2019) |
| 09/16/2019 | | 55 | Affidavit and Status Report of Trustee Filed by Trustee Paul R. Chael (ch). Related document(s) 33 Motion to Dismiss Case filed by Creditor PennyMac Loan Services, LLC. Modified on 9/24/2019 (ch). (Entered: 09/17/2019) |
| 09/18/2019 | | 58 | BNC Certificate of Mailing.(related document(s)51 Order – Objection to Conf of 13 Plan). Notice Date 09/18/2019. (Admin.) (Entered: 09/19/2019) |
| 09/18/2019 | | 59 | BNC Certificate of Mailing.(related document(s)53 Docket Entry (Hrg)). Notice Date 09/18/2019. (Admin.) (Entered: 09/19/2019) |
| 09/18/2019 | | 60 | BNC Certificate of Mailing.(related document(s)54 Docket Entry (Hrg)). Notice Date 09/18/2019. (Admin.) (Entered: 09/19/2019) |
| 09/23/2019 | | 61 | Order and Notice for Final Hearing on Motion to Dismiss or Convert Chapter 13 Case (related document(s)50 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments (batch)). Evidentiary hearing scheduled for 10/28/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 09/23/2019) |
| 09/23/2019 | | 62 | Order and Notice of Initial Prehearing Conference (related document(s)52 Trustee's Objection to Confirmation of Plan filed by Trustee Paul R. Chael). Pre–Hearing Conference set for 10/28/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 09/23/2019) |
| 09/25/2019 | | 63 | BNC Certificate of Mailing.(related document(s)62 Order Setting Conference). Notice Date 09/25/2019. (Admin.) (Entered: 09/26/2019) |
| 09/25/2019 | | 64 | BNC Certificate of Mailing.(related document(s)61 Notice of Hearing). Notice Date 09/25/2019. (Admin.) (Entered: 09/26/2019) |

| | | | |
|---|---|---|---|
| 09/27/2019 | | 65 | Response to Trustee's Objection to Confirmation of Amended Plan, Objection to Trustee's Motion to Dismiss for Default in Plan Payments and Debtor's Request for Assignment/Acounting from Pennymac Filed by Debtor 1 John Mileusnic (related document(s)50 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments (batch), 52 Trustee's Objection to Confirmation of Plan filed by Paul R. Chael) (ch) (Entered: 10/01/2019) |
| 10/01/2019 | | 66 | Order to Sign (related document(s)65 Response filed by Debtor 1 John Mileusnic). Documents due by 10/4/2019. (ch) (Entered: 10/01/2019) |
| 10/03/2019 | | 67 | BNC Certificate of Mailing.(related document(s)66 File). Notice Date 10/03/2019. (Admin.) (Entered: 10/04/2019) |
| 10/08/2019 | | 68 | Signature Page Filed by Debtor 1 John Mileusnic (related document(s)65 Response filed by John Mileusnic) (ch) (Entered: 10/10/2019) |
| 10/21/2019 | | 69 | Notice of Appearance *And Request for Notice* by Evan L. Moscov Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. (Moscov, Evan) (Entered: 10/21/2019) |
| 10/21/2019 | | 70 | Objection to Confirmation of Plan *2013 TOYOTA RAV4 Utility 4D XLE 2WD I4* Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. (related document(s)42 Amended Chapter 13 Plan filed by John Mileusnic) (Attachments: # 1 Exhibit)(Moscov, Evan) (Entered: 10/21/2019) |
| 10/22/2019 | | 71 | Response to Response Filed by Creditor PennyMac Loan Services, LLC (related document(s)65 Response filed by John Mileusnic) (Woolley, Susan) (Entered: 10/22/2019) |
| 10/23/2019 | | 72 | Order and Notice of Initial Prehearing Conference (related document(s)70 Objection to Confirmation of the Plan filed by Creditor Capital One Auto Finance, a division of Capital One, N.A.). Pre–Hearing Conference set for 10/28/2019 at 09:00 AM at Hammond – 3rd Floor, Courtroom 8. (ch) (Entered: 10/23/2019) |
| 10/25/2019 | | 73 | BNC Certificate of Mailing.(related document(s)72 Order Setting Conference). Notice Date 10/25/2019. (Admin.) (Entered: 10/26/2019) |
| 10/28/2019 | | 74 | Docket Entry: Hearing held 10/28/19(related document(s)16 Chapter 13 Plan filed by John Mileusnic, 33 Motion to Dismiss Case filed by PennyMac Loan Services, LLC, 50 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments, 52 Trustee's Objection to Confirmation of Plan filed by Paul R. Chael, 70 Objection to Confirmation of the Plan filed by Capital One Auto Finance, a division of Capital One, N.A.). APPEARANCES: Trustee Chael appears, Attorney Woolley on behalf of PennyMac Loan Services, Attorney Allaily on behalf of Capital One Auto Finance and Debtor appears. Case Dismissed on Trustees Affidavit of Default. SO ORDERED (kdr) (Entered: 10/28/2019) |
| 10/28/2019 | | 75 | Affdavit and Status Report of Trustee Filed by Trustee Paul R. Chael (related document(s)50 Trustee's Motion to Dismiss Case for Failure to Make Plan Payments (batch)) (ch) (Entered: 10/29/2019) |
| 10/29/2019 | | 76 | Order Dismssing Chapter 13 Petition (Related Doc # 50) (ch) (Entered: 10/29/2019) |

| Date | | Doc # | Description |
|---|---|---|---|
| 10/30/2019 | | 77 | BNC Certificate of Mailing.(related document(s)74 Docket Entry (Hrg)). Notice Date 10/30/2019. (Admin.) (Entered: 10/31/2019) |
| 10/31/2019 | | 78 | BNC Certificate of Mailing.(related document(s)76 Order on Motion to Dismiss Case for Failure to Make Plan Payments). Notice Date 10/31/2019. (Admin.) (Entered: 11/01/2019) |
| 11/05/2019 | | 79 | Notice of Appeal to District Court. . Receipt Number 336410,Fee Amount $298 Filed by Debtor 1 John Mileusnic (related document(s)76 Order on Motion to Dismiss Case for Failure to Make Plan Payments) Appellant Designation due by 11/19/2019. (ch) (Entered: 11/05/2019) |
| 11/05/2019 | | | Receipt of Appeal Filing Fee – $293.00 by JB. Receipt Number 336410. (admin) (Entered: 11/05/2019) |
| 11/05/2019 | | | Receipt of Notice of Appeal Filing Fee – $5.00 by JB. Receipt Number 336410. (admin) (Entered: 11/05/2019) |
| 11/06/2019 | | 80 | Notice of Transmittal of Copy of Notice of Appeal related document(s)79 Notice of Appeal filed by Debtor 1 John Mileusnic). (kdr) (Entered: 11/06/2019) |
| 11/08/2019 | | 81 | Notice of Docketing Appeal to District Court. Case Number: 19–cv–00427–PPS (related document(s)79 Notice of Appeal filed by Debtor 1 John Mileusnic). (kdr) (Entered: 11/08/2019) |
| 11/08/2019 | | 82 | BNC Certificate of Mailing.(related document(s)80 Notice). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/20/2019 | | 83 | Transmittal of Record on Appeal to District Court (related document(s)79 Notice of Appeal filed by John Mileusnic). (kdr) (Entered: 11/20/2019) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN MILEUSNIC | ) | CASE NO. 19-20831 JRA |
| | ) | Chapter 13 |
| Debtor. | ) | |

### ORDER DISMISSING CHAPTER 13 PETITION

This Chapter 13 case came on for final hearing on October 28, 2019, on a Motion to Dismiss filed by Trustee and PennyMac Loan Services, LLC (hereinafter: "Movants").

Trustee appears.

PennyMac Loan Services, LLC appear by counsel.

Debtor appears.

Submitted.

Trustee files an Declaration showing that pursuant to the Trustee's books and records kept in the ordinary course of his office, that the Plan payment arrearage of the Debtor to Trustee is in the sum of $10,043.00 as of October 28, 2019.

And the Court having examined the record, and said Affidavit, and being duly advised in the premises, now finds that there has been a material default by the Debtor as to the terms of the Plan, a failure by the Debtor to commence making timely payments, and/or that there has been an unreasonable delay by the Debtor that is prejudicial to creditors.

IT IS THEREFORE ORDERED, that said Motion is hereby granted and that the Petition of the Debtor should be and is hereby dismissed pursuant to 11 U.S.C. §1307.

IT IS FURTHER ORDERED:

1. That if the Plan of the Debtor is not confirmed, the Trustee, and all parties in interest are hereby allowed leave of Court of twenty (20) days from the date of this Order to apply to this Court, pursuant to §503(b), for any actual and necessary expenses of administration pursuant to §1326(a)(2).  If the Plan of the Debtor has been confirmed the Trustee shall distribute any payment by Debtor in accordance with the Plan

        pursuant to §1326(a)(2).

2.    That the Trustee is directed to file his final report and account pursuant to Fed.R.Bankr.P. 509(a).  Upon receipt of the final report and after (a) the expiration of the 30-day objection to final report deadline or (b) the entry of an order resolving any timely objection to the final report, whichever is longer, the trustee will be discharged and relieved of his trust and the surety on the trustee's bond will be released from further liability thereunder in this estate, except any liability which may have accrued during the time the bond was in effect as to this estate, without further notice, hearing, or order.

3.    That if there is an income deduction order pending, the employer is hereby ordered to terminate deductions.  It is the debtor's responsibility to notify the employer that the wage deduction order is terminated.

4.    That the case shall be terminated and closed after completion of the foregoing.

Dated at Hammond, Indiana on October 29, 2019.

        /s/ James R. Ahler
        James R. Ahler, Judge
        United States Bankruptcy Court

<u>Distribution</u>
Debtor, Attorney for Debtor
U.S. Trustee, Trustee
All Creditors
All Intervenors
Rev. 04-05-12

10

**Notice Recipients**

District/Off: 0755−2          User: admin                    Date Created: 10/29/2019
Case: 19−20831−jra            Form ID: pdf004                Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Nancy J. Gargula           USTPRegion10.SO.ECF@usdoj.gov
tr          Paul R. Chael              aimee@pchael13.com
aty         Evan L. Moscov             evanm@w−legal.com
aty         Susan M. Woolley           ndbkr@feiwellhannoy.com
aty         Susan M. Woolley(AM)       ecfnotices@feiwellhannoy.com
                                                                                              TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Mileusnic       325 Plum Creek Drive       Schererville, IN 46375
cr          PennyMac Loan Services, LLC      P.O. Box 2410       Moorpark, CA 93020
cr          Capital One Auto Finance, a division of Capital One, N.A.      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118
smg         Indiana Employment Security Division      10 North Senate Street      Indianapolis, IN 46204
14644681    CBC National Bank       3030 Royal Blvd. South       Suite 250       Alpharetta, GA 30022
14793969    Capital One Auto Finance      7933 Preston Road       Plano, TX 75024
14672478    Capital One Auto Finance,      a division of Capital One, N.A.      c/o AIS Portfolio Services, LP      4515 N Santa Fe Ave. Dept APS      Oklahoma City, OK 73118
14793970    Diane M. Mileusnic       325 Plum Creek Drive       Schererville, IN 46375
14644682    Flagstar Bank       5151 Corporate Dr.       Troy, MI 48098
14644684    Green Planet Servicing LLC       321 Research Parkway       Meriden, CT 06450
14644661    Indiana Department of Revenue       Bankruptcy Section − MS 108       100 North Senate Avenue, N240       Indianapolis IN 46204
14644659    Internal Revenue Service      P. O. Box 7346       Philadelphia, PA 19101−7346
14793971    Jordan Mileusnic       325 Plum Creek Drive       Schereville, IN 46375
14644660    Lake County Treasurer       Attention: Bankruptcy Clerk       2293 North Main Street       Crown Point IN 46307
14793972    Penny Mac Loan Services, LLC       PO BOX 514387       Los Angeles, CA 90051
14644686    PennyMac       P.O. Box 514387       Los Angeles, CA 90051
14717297    PennyMac Loan Services, LLC       P.O. Box 2410       Moorpark, CA 93020
14644685    Planet Home Lending LLC       321 Research Parkway       Suite 303       Meriden, CT 06450
14644683    Selene Finance       9990 Richmond Ave       Suite 400 South       Houston, TX 77042
                                                                                              TOTAL: 19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John Mileusnic | ) | CASE NO. 19-20831  JRA |
| | ) | 19-cv-00427-PPS |
| Debtor. | ) | CHAPTER 13 |

### NOTICE OF TRANSMITTAL

At Hammond, Indiana, on November 20, 2019.

Notice of appeal in this matter was filed on November 5, 2019, and transmitted to the Clerk of the United States District Court on November 6, 2019.  The following additional contents are now transmitted to the Clerk of the United States District Court for the Northern District of Indiana.

| Document No. | Description of Document |
|---|---|
| 76 | Order Dismissing Chapter 13 |
| | Docket for Case No. 19-20831 |

**Note: No designation of the items to be included in the record on appeal was filed. The $298 appeal filing fee was paid on November 5, 2019.**

    Christopher De Toro
Clerk, United States Bankruptcy Court
5400 Federal Plaza Suite 2200
Hammond, Indiana 46320

# Notice Recipients

District/Off: 0755−2              User: admin                     Date Created: 11/20/2019
Case: 19−20831−jra                Form ID: pdf004                 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          John Mileusnic       325 Plum Creek Drive      Schererville, IN 46375

TOTAL: 1